IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SALLIE BRUNER, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 3:06-CV-2299-O |
| GUARANTY BANK, | § | |
| Defendant. | § | |

# ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge entered findings, conclusions and a recommendation in this case on March 24, 2008. No objections were filed. *See* FED. R. CIV. P. 72; 28 U.S.C. § 636(b). The Court has therefore reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge, GRANTS Defendant's motion for summary judgment and DISMISSES Plaintiff's claims with prejudice.

**SO ORDERED on this 14th day of April, 2008**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**